IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.14-cv-02696-RPM

METROPOLITAN LIFE INSURANCE COMPANY,

     Plaintiff,

v.

JERRY SNIDER, JR. and
CURTIS SNIDER,

     Defendants.

_____

ORDER DIRECTING PAYMENT OF INSURANCE PROCEEDS TO CURTIS SNIDER
_____

On January 7, 2015, this Court issued its Order to Show Cause directed to Jerry Snider, Jr., ordering him to show cause as to why an order should not be entered forfeiting his interest as a beneficiary of the life insurance policy issued by the plaintiff on the life of his father Jerry D. Snider, Sr.  There has been no response by the response date of January 27, 2015.  On January 27, 2015, the plaintiff filed a Motion to Deposit Life Insurance Proceeds into Registry of Court, be Dismissed, and Recover Attorney Fees and Costs.  The filing of that motion is inexplicable.  The matter is resolved by the failure of Jerry Snider, Jr., to respond to the order to show cause.  It is now

ORDERED that judgment shall enter declaring that Jerry Snider, Jr., has forfeited an interest in the Remaining Plan Benefits being held by Metropolitan Life Insurance Company and it is

FURTHER ORDER that Metropolitan Life Insurance Company shall pay those remaining benefits to the defendant Curtis Snider within ten days, and it is

FURTHER ORDERED that the plaintiff's motion to recover attorney's fees and costs is denied.  The Metropolitan Life Insurance Company could easily have resolved this matter without bringing an interpleader action in this court.  It is

FURTHER ORDERED that the motion to deposit funds is denied.

DATED:  February 2nd, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge